89 F.3d 827
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jessie L. CREDLE, Petitioner-Appellant,
v.
Ronald J. ANGELONE, Director of the Virginia Department of
Corrections, Respondent-Appellee.
 No. 96-6266.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 4, 1996.
Decided June 19, 1996.
 
 Jessie L. Credle, Appellant Pro Se. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.
 Before WILLIAMS and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant noted an appeal from a magistrate judge's report and recommendation. We dismiss the appeal for lack of jurisdiction because the report is not an appealable order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).
 
 
 2
 We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED